[No. 24793-0-I.  Division One.  December 20, 1990.]

DOYEL E. GOARD, *Appellant,* v. THE STATE
OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 85-2-02665-7, Paul D. Hansen, J.,
entered August 16, 1989. *Affirmed* by unpublished opinion
per Coleman, C.J., concurred in by Pekelis and Winsor, JJ.

[No. 10439-7-III.  Division Three.  December 20, 1990.]

STANLEY A. ROY, ET AL, *Respondents,* v. S.W. PRESTON,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 88-2-50437-0, Carolyn A. Brown, J.,
entered November 30, 1989. *Affirmed in part* and *reversed
in part* by unpublished opinion per Munson, C.J., con-
curred in by Thompson and Shields, JJ.

[No. 10547-4-III.  Division Three.  December 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD F.
SCHENDEL, *Appellant.*

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 89-1-00351-5, Albert J. Yencopal, J.,
entered January 12, 1990. *Affirmed* by unpublished opinion
per Shields, J., concurred in by Green, A.C.J., and Thomp-
son, J.